ETTA B. PINES, Appellant, v. NORTHERN INSURANCE COMPANY OF NEW YORK, Respondent.— Action to cancel and set aside an appraisal agreement and the award made thereunder, and to recover, under the policy of insurance, the amount of the loss sustained by reason of the theft of plaintiff's automobile. Judgment for defendant, dismissing the complaint on the merits, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGO BASSI, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of unlawful entry (Penal Law, § 405), unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Judgment of a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of violating section 211 of the Sanitary Code of the City of New York (discharge of dense smoke) and sentencing it to pay a fine of $150 unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CIMINELLO, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of leaving the scene of an accident in violation of section 70, subdivision 5-a, of the Vehicle and Traffic Law, unanimously affirmed. Appeal from decision dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COLONEL MARK FREEMAN, Appellant.— Judgment of the County Court of Queens county, convicting defendant of the crimes of robbery in the first degree and grand·larceny in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HELEN GILMER, Appellant.— Judgment of a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of a violation of subdivision 5 of section 70 of the Vehicle and Traffic Law (driving a motor vehicle while intoxicated) and sentencing her to pay a fine of $100, or, in the alternative, to serve ten days in the city prison, reversed on the law, complaint dismissed, and fine remitted. We are of opinion that the judgment of conviction is not supported by the evidence. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.